**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Kelly Andrew Beall (SBN 162456)**
*kabeall@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, California 92612-7531**
Telephone:  (949) 475-9200
Facsimile:   (949) 475-9203

Attorneys for Defendant
**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL NEWMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:16-cv-1118<br><br>**(Orange County Superior Court Case No. 30-2015-00789973-CU-OR-CJC )**<br><br>**DEFENDANT'S NOTICE OF REMOVAL BASED ON FEDERAL QUESTION JURISDICTION**<br><br>Complaint Filed:  May 27, 2015 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4 ("Defendant") hereby removes to this Court, the state action described below pursuant to 28 U.S.C. § 1441 et. seq.

　　　1.　　On May 24, 2016, a Second Amended Complaint was filed in the Orange County Superior Court entitled Gail Newman v.  Deutsche Bank National Trust

1

<u>Company, As Indenture Trustee, For New Century Home Equity Loan Trust 2005-4</u> as case number 30-2015-00789973-CU-OR-CJC.

2. Service of the Second Amended Complaint was purportedly effected upon Defendant on May 12, 2016.

3. This notice of removal was timely under 28 U.S.C. §1446(b) because the Second Amended Complaint filed on May 24, 2016, added a new claim for violation of the Equal Credit Opportunity Act (15 U.S.C. §1691) and service of the Second Amended Complaint was purportedly effected upon Defendant on May 12, 2016.

4. This Court has original jurisdiction of this civil action under 28 U.S.C. §1331 and hence this action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 in that it arises under the following federal statute: the Equal Credit Opportunity Act (15 U.S.C. §1691). As Plaintiff's Second Amended Complaint arises under federal law, Defendant may remove this action under federal question jurisdiction.

5. Supplemental jurisdiction of any state law claim is proper under 28 U.S.C. §1367(a).

6. The United States District Court for the Central District of California has jurisdiction in this civil action as the real property that is the subject of the Second Amended Complaint is located in the County of Orange. Moreover, the Superior Court of California for the County of Orange is located within the Central District of California. (28 U.S.C. § 84(a)) Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." (28 U.S.C. §1441(a))

7. Based on the above-referenced allegations, pursuant to 28 U.S.C. §1441, et. seq., Defendant is entitled to remove this entire action from the Orange County Superior Court to the United States District Court, Central District, and Defendant wishes to exercise that right.

2426719.1

8. Pursuant to 28 U.S.C. §1446(a), Defendant hereby attaches true and correct copies of all pleadings filed with the state court as follows:

| Exhibit No. | Document |
|---|---|
| 1. | Summons |
| 2. | Complaint |
| 3. | Declaration of Non-monetary Status |
| 4. | Notice of Related Cases |
| 5. | Notice of Change of Address |
| 6. | Request For Dismissal |
| 7. | Substitution of Attorney |
| 8. | Demurrer to Complaint |
| 9. | Request For Judicial Notice in Support of Demurrer |
| 10. | Notice of Non-opposition to Demurrer to Complaint |
| 11. | Plaintiff's CMC Statement |
| 12. | Defendants' CMC Statement |
| 13. | Notice of Continuance of CMC |
| 14. | Plaintiff's CMC Statement for continued CMC |
| 15. | Defendant's CMC Statement for continued CMC |
| 16. | Notice of Continuance of CMC |
| 17. | First Amended Complaint |
| 18. | Notice of Demurrer to First Amended Complaint |
| 19. | Memorandum for Demurrer to First Amended Complaint |
| 20. | Request For Judicial Notice in Support of Demurrer |
| 21. | Notice of Non-opposition to Demurrer to Complaint |
| 22. | Opposition to Demurrer to First Complaint |
| 23. | Reply to Opposition to Demurrer to First Amended Complaint |

| Exhibit No. | Document |
|---|---|
| 24. | Order on Demurrer to First Amended Complaint |
| 25. | Notice of Ruling on Demurrer to First Amended Complaint |
| 26. | Motion For Leave to File Second amended Complaint |
| 27. | Opposition to Motion For Leave to File Second amended Complaint |
| 28. | Reply to Opposition to Motion For Leave to File Second amended Complaint |
| 29. | Ex Parte Application to Dismiss |
| 30. | Opposition to Ex parte Application |
| 31. | Renewed Motion For Leave to File Second amended Complaint |
| 32. | Opposition to Renewed Motion For Leave to File Second Amended Complaint |
| 33. | Reply to Opposition to Renewed Motion For Leave to File Second Amended Complaint |
| 34. | Order on renewed Motion For Leave to File Second Amended Complaint |
| 35. | Second Amended Complaint |
| 36. | Motion to Compel Responses to Interrogatories |
| 37. | Opposition to Motion to Compel Responses to Interrogatories |
| 38. | Consolidated Reply to Oppositions to Motions to Compel |
| 39. | Motion to Compel Responses to Requests for Documents |
| 40. | Opposition to Motion to Compel Responses to Requests for Documents |
| 41. | Motion To Deem Matters Admitted |
| 42. | Opposition to Motion to Deem Matters Admitted |
| 43. | Order on Motions to Compel |

| Exhibit No. | Document |
|---|---|
| 44. | Notice of ruling on Motions to Compel |

9. Pursuant to 28 U.S.C. §1446(d), counsel for Defendant will promptly give written notice of the removal to all adverse parties and will file a copy of the notice with the Clerk of the Orange County Superior Court.

10. Defendant reserves the right to supplement this Notice of Removal when additional information becomes available. Defendant further reserves all rights, including, but not limited to, defenses and objections as to venue, personal jurisdiction, and service. The filing of this Notice of Removal is subject to, and without waiver of, any such defense or objection.

DATED: June 16, 2016

WOLFE & WYMAN LLP

By:    */s/ Kelly Andrew Beall*
    STUART B. WOLFE
    KELLY ANDREW BEALL
Attorneys for Defendant
**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4**

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF ORANGE     )

I, Gabriela Rubio, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On **June 16, 2016**, I served the document(s) described as **DEFENDANT'S NOTICE OF REMOVAL BASED ON FEDERAL QUESTION JURISDICTION** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:

☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY ELECTRONIC SERVICE** as follows: I hereby certify that I electronically transmitted the attached documents(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by the ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on **June 16, 2016**, at Irvine, California.

*Gabriela Rubio*
Gabriela Rubio

2064655.1

**SERVICE LIST**
**USDC – Central District Court, Case No.: 8:16-cv-1118**
**Gail Newman v. Deutsche Bank National Trust Co., et al.**
**W&W File No. 1415-133**

| | |
|---|---|
| Tony Cara, Esq.<br>CDLG, PC<br>2973 Harbor Boulevard, Suite 594<br>Costa Mesa, CA  92626 | Attorney for Plaintiff<br>**GAIL NEWMAN**<br><br>Tel:  (888) 615-6765<br>Fax:  (888) 660-8874<br><br>cdlglawyer@gmail.com |

2064655.1