JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL NEWMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:16-cv-01118-JVS-DFM<br><br>Judge: Hon. James V. Selna<br>Ctrm.: 10C<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE IN FAVOR OF DEFENDANT, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4 AND AGAINST PLAINTIFF, GAIL NEWMAN** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that this Court, having granted Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4'S Motion to Dismiss Plaintiff, GAIL NEWMAN'S Third Amended Complaint on March 20, 2017, now rules as follows:

**IT IS HEREBY ORDERED THAT:**

Plaintiff, GAIL NEWMAN'S Third Amended Complaint, and each and every claim therein, is hereby dismissed with prejudice as against Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4.

**IT IS FURTHER HEREBY ORDERED THAT:**

Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-4 recover its costs as against Plaintiff, GAIL NEWMAN.

**IT IS SO ORDERED.**

DATED: March 28, 2017    _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE